IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IDUMANGE T. IDUMANGE      *
            *
     Plaintiff,     *
            *
vs.            *    No. 4:11CV00812 SWW
            *
STATE OF ARKANSAS; ARKANSAS   *
CRIME INFORMATION CENTER; and   *
LITTLE ROCK POLICE DEPARTMENT;   *
            *
     Defendants.    *

**Memorandum and Order**

Plaintiff brings this action complaining that in 2002, defendants unlawfully required him to register as a sex offender based on a misdemeanor conviction in Pennsylvania for indecent assault.  Now before the Court is a motion to dismiss filed by separate defendants State of Arkansas and the Arkansas Crime Information Center.  Plaintiff failed to timely respond to the motion.  The motion [docket entry 6] is granted.  The claims against the State of Arkansas and the Arkansas Crime Information Center are dismissed.  *See Monroe v. Arkansas State University*, 495 F.3d 591, 594 (8th Cir. 2007)(states and state agencies are entitled to sovereign immunity from suits for any kind of relief).  *See also Miller v. Norris*, 247 F.3d 736, 739 (8th Cir. 2001) (Arkansas' three-year statute of limitations applies to actions filed under § 1983).

DATED this 19TH day of April, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE