IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IDUMANGE T. IDUMANGE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00812 SWW |
| | * | |
| STATE OF ARKANSAS; ARKANSAS | * | |
| CRIME INFORMATION CENTER; and | * | |
| LITTLE ROCK POLICE DEPARTMENT; | * | |
| | * | |
| Defendants. | * | |

**Memorandum and Order**

Plaintiff brings this action complaining that in 2002, defendants unlawfully required him to register as a sex offender based on a misdemeanor conviction in Pennsylvania for indecent assault. Now before the Court is a motion to dismiss filed by separate defendants State of Arkansas and the Arkansas Crime Information Center. Plaintiff failed to timely respond to the motion. The motion [docket entry 6] is granted. The claims against the State of Arkansas and the Arkansas Crime Information Center are dismissed. *See Monroe v. Arkansas State University*, 495 F.3d 591, 594 (8th Cir. 2007)(states and state agencies are entitled to sovereign immunity from suits for any kind of relief). *See also Miller v. Norris*, 247 F.3d 736, 739 (8th Cir. 2001) (Arkansas' three-year statute of limitations applies to actions filed under § 1983).

DATED this 19TH day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE