IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IDUMANGE T. IDUMANGE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00812 SWW |
| | * | |
| STATE OF ARKANSAS; ARKANSAS | * | |
| CRIME INFORMATION CENTER; and | * | |
| LITTLE ROCK POLICE DEPARTMENT; | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date and on April 13, 2012, the complaint in this matter is dismissed with prejudice. The relief sought is denied.

IT IS SO ORDERED this 19TH day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE